IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YASSER ALHAMZAWI, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 3:15-cv-3295-K |
| § | | |
| GEICO CASUALTY COMPANY, § | | |
|     Defendant. § | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Yasser Alhamzawi by and through his attorneys, Reed Carter, PC, and Defendant GEICO General Insurance Company, incorrectly named GEICO Casualty Company, by and through its attorneys, Perry Law PC, hereby jointly move the Court to dismiss with prejudice all claims with each party to bear their own costs and attorneys fees. This lawsuit is not a class action, and a receiver has not been appointed in this lawsuit. This lawsuit is not governed by any statute of the United States that requires an order of the Court for dismissal of this lawsuit.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an Order on the Joint Stipulation of Dismissal with Prejudice for any and all claims with each party to bear their own costs and attorneys fees.

Respectfully submitted this 28th day of April 2017.

Respectfully submitted,

*/s/ Adam B. Reed*
Adam B. Reed, State Bar No. 24002811
**REED CARTER, PLLC**
10440 North Central Expressway, Suite 800
Dallas, Texas 75231
Phone #: (214) 540-7730
Fax: (469) 854-2261
E-mail: adam@reedcarter.com

Thad Spalding, State Bar No. 00791708
**KELLY DURHAM & PITTARD, LLP**
PO Box 224626
Dallas, Texas 75222
Phone #: (214) 946-8000
Fax: (214) 946-8433
tspalding@texasappeals.com

*Attorneys for Plaintiff*


*/s/ Meloney Perry*
Meloney Perry, State Bar No. 00790424
Stacy Thompson, State Bar No. 24046971
**PERRY LAW P.C.**
10440 North Central Expressway, Suite 600
Dallas, TX 75231
Telephone:  (214) 265-6201
Facsimile:   (214) 265-6226
E-mail: mperry@mperrylaw.com
          sthompson@mperrylaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 28, 2017, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Adam B. Reed
  adam@reedcarter.com
  Thad Spalding
  tspalding@texasappeals.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner indicated by the non-participant's name:

             */s/ Meloney Perry*
             Meloney Perry - CO Bar #35379
             Perry Law P.C.
             10440 North Central Expressway, Suite 600
             Dallas, TX 75231
             Telephone: (214) 265-6200
             Fax: (214) 265-6226
             E-mail: mperry@mperrylaw.com

00054434